UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**LEE M. PERLMAN, ESQUIRE**
1926 GREENTREE ROAD, SUITE 100
Cherry Hill NJ 08003
(856) 751-4224

RE: DUANE D. HALE

Order Filed on July 18, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 12-35694

Chapter 13

Hearing Date: 7/26/16

Judge: ABA

# ORDER APPROVING POST PETITION LOAN MODIFICATION

    The relief set forth on the following pages, numbered two (2) through three (2) is hereby **ORDERED.**

**DATED: July 18, 2016**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**LEE M. PERLMAN**
**ATTORNEY AT LAW**
**1926 GREENTREE ROAD, SUITE 100**
**CHERRY HILL, NEW JERSEY 08003**
**(856) 751-4224**
**ATTORNEY FOR DEBTOR(S), DUANE D. HALE**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| RE: | : | CHAPTER 13 |
| DUANE D. HALE | : | CASE NO.: 12-35694-ABA |
| Debtor(s) | : | **ORDER APPROVING POST PETITION LOAN MODIFICATION AGREEMENT** |

Upon consideration of the Motion of Chapter 13 debtor Duane D. Hale (the "Debtor") for Order approving Post-Petition Loan Modification Pursuant to 11 U.S.C. § 364, Fed. R. Bankr. P. 4001(c) and D.N.J. LBR 4001-2(d); and for Related Relief (the "Motion"), and good cause appearing therefore, it is hereby

**ORDERED**, that the debtor's Motion, in connection with Debtor's residence located at 1735 Horner Avenue, Pennsauken, New Jersey (the "Residence), shall be and is hereby granted; and it is further,

**ORDERED**, that the debtor is hereby authorized to enter into a loan modification agreement on the first mortgage on his Residence with Bank of America Mortgage (the "Creditor"); and it is further,

**ORDERED**, that per the terms of the final loan modification, as set forth in the underlying pleadings and exhibits, are hereby approved; and it is further,

**ORDERED**, that this Order does not alter or affect the status or priority of any other existing liens on the Residence that is the subject of the loan modification; and it is further,

**ORDERED**, that within thirty (30) days from consummation of the loan modification the Creditor shall amend its Proof of Claim; and it is further,

**ORDERED**, that within ten (10) days from the date of this Order, the Debtor shall amend Schedule J and the Chapter 13 Plan as necessary to reflect financial changes stemming from the loan modification; and it is further,

**ORDERED**, that the fourteen (14) day period under Fed. R. Bankr. P. 6004 is hereby waived.

United States Bankruptcy Court
District of New Jersey

In re:  
Duane D. Hale  
    Debtor

Case No. 12-35694-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Jul 18, 2016  
                Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2016.  
db          +Duane D. Hale,    1735 Horner Ave,    Pennsauken, NJ 08110-2741

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2016                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2016 at the address(es) listed below:  
          Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com  
          Isabel C. Balboa (NA)     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  
          Jeanette F. Frankenberg     on behalf of Creditor     Bank of America, NA cmecf@sternlav.com  
          Joshua I. Goldman     on behalf of Creditor     BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Karina Velter     on behalf of Creditor     Mitsubishi Motors Credit of America, Inc. Velter.karina@gmail.com  
          Lee Martin Perlman     on behalf of Debtor Duane D. Hale ecf@newjerseybankruptcy.com, lmpcourt@gmail.com  
                                                                                                                        TOTAL: 6