| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Duane D. Hale** <br> First Name  Middle Name  Last Name | Social Security number or ITIN  **xxx–xx–8169** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court **District of New Jersey** | | |
| Case number:  **12–35694–ABA** | | |

# Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Duane D. Hale

<u>1/10/17</u>    **By the court:**    <u>Andrew B. Altenburg Jr.</u>
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

```
                            United States Bankruptcy Court
                                 District of New Jersey

In re:                                                          Case No. 12-35694-ABA
Duane D. Hale                                                   Chapter 13
         Debtor

                                 CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin              Page 1 of 2            Date Rcvd: Jan 10, 2017
                               Form ID: 3180W           Total Noticed: 42


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 12, 2017.
db            +Duane D. Hale,    1735 Horner Ave,    Pennsauken, NJ 08110-2741
cr            +Bank of America, NA,    Stern Lavinthal & Frankenberg,    105 Eisenhower Parway,    Suite 302,
                Roseland, NJ 07068-1640
513448935     +Ar Resources Inc,    1777 Sentry Pkwy W,    Blue Bell, PA 19422-2206
513448936      Aspire,   PO Box 105555,    Atlanta, GA 30348-5555
513536286     +Bank of America, N.A.,    PO Box 660933,    Dallas, TX 75266-0933
513448938      Barclays Bank Delaware,    ATTENTION: BANKRUPTCY,    PO Box 1337,    Philadelphia, PA 19101
513711136     +CAPITAL ONE BANK (USA), N.A.,    PO Box 12907,    Norfolk, VA 23541-0907
513492749     +Mitsubishi Motor Credit of America,    P.O. Box 4401,    Bridgeton, MO 63044-0401
513448947      Mmca/cl,   PO Box 991817,    Mobile, AL 36691-8817
513487503     +NJCLASS,   PO Box 548,    Trenton NJ 08625-0548
513448948      Quality Asset Recovery,    7 Foster Ave Ste 101,    Gibbsboro, NJ 08026-1191
513448949      Rymr And Flnign,    PO Box 130,   Liverpool, NY 13088-0130
513448950      State Of Nj Student As,    HESAA/ATTN: BANKRUPTCY DEPARTMENT,    PO Box 548,
                Trenton, NJ 08625-0548
513448951      Stpc/cbna,   CITICARDS PRIVATE LABEL BANKRUPTCY,    PO Box 20483,    Kansas City, MO 64195-0483
513448952      Target National Bank,    Bankruptcy Correspondence,    Mail Stop 3CK, PO Box 1327,
                Minneapolis, MN 55440-1327

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jan 11 2017 00:17:23      U.S. Attorney,    970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 11 2017 00:17:20      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
513448937      EDI: BANKAMER.COM Jan 10 2017 23:53:00     Bank Of America, N.a.,    450 American St,
                Simi Valley, CA 93065-6285
513550686     +E-mail/Text: bncmail@w-legal.com Jan 11 2017 00:17:33      CHESWOLD (OPHRYS), LLC,
                C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
513448939      EDI: CAPITALONE.COM Jan 10 2017 23:53:00     Cap One,    PO Box 5253,
                Carol Stream, IL 60197-5253
513448940      EDI: CAPITALONE.COM Jan 10 2017 23:53:00     Cap One,    CAPITAL ONE BANK (USA) N.A.,
                PO Box 30285,   Salt Lake City, UT 84130-0285
513448941      EDI: CHASE.COM Jan 10 2017 23:53:00     Chase,    PO Box 100018,   Kennesaw, GA 30156-9204
513448942      EDI: AMINFOFP.COM Jan 10 2017 23:53:00     First Premier Bank,    3820 N Louise Ave,
                Sioux Falls, SD 57107-0145
513474986      EDI: RMSC.COM Jan 10 2017 23:53:00     GE Capital Retail Bank,
                c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
513448943      EDI: RMSC.COM Jan 10 2017 23:53:00     Gecrb/amazon,    PO Box 981400,   El Paso, TX 79998-1400
513448944      EDI: RMSC.COM Jan 10 2017 23:53:00     Gecrb/jcp,    ATTENTION: BANKRUPTCY,    PO Box 103104,
                Roswell, GA 30076-9104
513448945      EDI: RMSC.COM Jan 10 2017 23:53:00     Gecrb/lowes,    ATTENTION: BANKRUPTCY DEPARTMENT,
                PO Box 103104,   Roswell, GA 30076-9104
513448946      EDI: HFC.COM Jan 10 2017 23:53:00     HSBC Bankruptcy Department,    Orchard Bank,   PO Box 5213,
                Carol Stream, IL 60197-5213
513616226      EDI: PRA.COM Jan 10 2017 23:48:00     Portfolio Recovery Associates, LLC,    c/o Capital One,
                POB 41067,   Norfolk VA 23541
513652044      EDI: PRA.COM Jan 10 2017 23:48:00     Portfolio Recovery Associates, LLC,
                c/o Chase Bank Usa, N.a.,    POB 41067,   Norfolk VA 23541
513707266      EDI: PRA.COM Jan 10 2017 23:48:00     Portfolio Recovery Associates, LLC,
                c/o Jc Penny Credit Card,    POB 41067,   Norfolk VA 23541
513657354      EDI: PRA.COM Jan 10 2017 23:48:00     Portfolio Recovery Associates, LLC,    c/o Lowes,
                PO Box 41067,   Norfolk VA 23541
513865062     +EDI: PRA.COM Jan 10 2017 23:48:00     PRA Receivables Management, LLC,    POB 41067,
                Norfolk, VA 23541,    PRA Receivables Management, LLC,    POB 41067,   Norfolk, VA 23541-1067
513865061     +EDI: PRA.COM Jan 10 2017 23:48:00     PRA Receivables Management, LLC,    POB 41067,
                Norfolk, VA 23541-1067
513852516      EDI: RECOVERYCORP.COM Jan 10 2017 23:53:00      Portfolio Investments II LLC,
                c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,
                Miami, FL 33131-1605
513852517      EDI: RECOVERYCORP.COM Jan 10 2017 23:53:00      Recovery Management Systems Corporation,
                25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
513543319     +E-mail/Text: bncmail@w-legal.com Jan 11 2017 00:17:33      TARGET NATIONAL BANK,
                C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
513448953      EDI: TDBANKNORTH.COM Jan 10 2017 23:53:00      TD Bank,   PO Box 8400,
                Lewiston, ME 04243-8400
513715001      EDI: TDBANKNORTH.COM Jan 10 2017 23:53:00      TD Bank N.A.,    Attn: Bankruptcy Dept.,
                ME2-002-035,    P.O. Box 9547,   Portland, ME 04112-9547
513448954      E-mail/Text: wawacu@verizon.net Jan 11 2017 00:17:36      Wawa Employees Cu,
                260 W Baltimore Pike,    Media, PA 19063-5620
513520529      EDI: WFFC.COM Jan 10 2017 23:53:00     Wells Fargo Bank NA,    PO Box 10438,
                Des Moines IA 50306-0438
513747960      EDI: ECAST.COM Jan 10 2017 23:53:00     eCAST Settlement Corporation,    POB 29262,
                New York NY 10087-9262
```

```
District/off: 0312-1           User: admin              Page 2 of 2              Date Rcvd: Jan 10, 2017
                               Form ID: 3180W           Total Noticed: 42
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
TOTAL: 27

```
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 10, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor   BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com
              Jeanette F. Frankenberg    on behalf of Creditor    Bank of America, NA cmecf@sternlav.com
              Jeanette F. Frankenberg    on behalf of Creditor    BANK OF AMERICA, N.A. cmecf@sternlav.com
              Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Karina  Velter     on behalf of Creditor   Mitsubishi Motors Credit of America, Inc.
               Velter.karina@gmail.com
              Lee Martin Perlman    on behalf of Debtor Duane D. Hale ecf@newjerseybankruptcy.com,
               lmpcourt@gmail.com
                                                                                             TOTAL: 9