UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**LEE M. PERLMAN**
Attorney at Law
1926 Greentree Road, Suite 100
Cherry Hill, New Jersey 08003
856-751-4224
Attorney for Debtor

Order Filed on January 17, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

RE: DUANE HALE

Case No.: 12-35694 ABA

Chapter 13

Hearing Date: 12/20/16

Judge: Andrew B. Altenburg

### ORDER GRANTING MOTION TO DEEM MORTGAGE CURRENT

The relief set forth on the following pages, numbered two (2) through (2) is hereby **ORDERED.**

**DATED: January 17, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

LEE M. PERLMAN
ATTORNEY AT LAW
1926 GREENTREE ROAD, SUITE 100
CHERRY HILL, NEW JERSEY 08003
(856) 751-4224
ATTORNEY FOR DEBTOR, DUANE HALE

UNITED STATE BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE | CHAPTER 13 |
| DUANE HALE | CASE NO.: 12-35694 ABA |
| Debtor | **ORDER GRANTING DEBTOR'S MOTION TO DEEM MORTGAGE CURRENT** |

This matter having come before the Court on the application of debtor, Duane Hale by and through his counsel, Lee M. Perlman, Esquire, and due notice of this Motion having been given to all parties in interest, and the Court having reviewed the moving papers, and for good cause shown,

IT IS HEREBY ORDERED as follows:

1. A pre-petition arrearage claims of Bank of America, N.A. have been paid in full through the confirmed Chapter 13 Plan.

2. All regular, post-petition mortgage payments have been made by the debtor through and including the payment due for November 2016.

3. The mortgage obligation to Bank of America, N.A. is hereby deemed current as of November 22, 2016.